**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| NICOLE PAYNE, | § | |
|    *Plaintiff*, | § | |
| | § | |
|    v. | § | Case No. 4:12-CV-00432-Y |
| | § | |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES, | § | |
| INC., | § | |
|    *Defendant*. | § | |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE: Plaintiff Nicole Payne enters the appearance of Noah D. Radbil of

Weisberg & Meyers, LLC, as co-counsel of record.

                                     Respectfully submitted,

                                     WEISBERG & MEYERS, LLC

                                     By: /s/ Noah D. Radbil
                                          Noah D. Radbil
                                          Texas Bar No. 24071015
                                          Southern District Bar No. 1069583
                                          noah.radbil@attorneysforconsumers.com
                                          WEISBERG & MEYERS, LLC
                                          Two Allen Center
                                          1200 Smith Street, 16th Floor
                                          Houston, TX 77004
                                          Telephone:   (888) 595-9111
                                          Facsimile:   (866) 565-1327

                                          *Attorneys for Plaintiff*
                                          NICOLE PAYNE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| NICOLE PAYNE, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 4:12-CV-00432-Y |
| | § | |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES, INC., | § | |
| | § | |
|    *Defendant*. | § | |
| | § | |

## **CERTIFICATE OF SERVICE**

     I certify that on August 21, 2012, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the Court's CM/ECF system which caused notice of this filing to be served upon all counsel of record identified below.

     Ms. Robbie Malone
     Robbie Malone, PLLC
     8750 North Central Expressway # 1850
     Dallas TX 75231

                                                     /s/ Noah D. Radbil
                                                     Noah D. Radbil