# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE PAYNE, | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. 4:12-cv-00432-Y |
| vs. | § | |
| | § | |
| PROGRESSIVE FINANCIAL | § | |
| SERVICES, INC., | § | |
| *Defendant* | § | |

## PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Plaintiff Nicole Payne ("Plaintiff") moves to substitute and designate Noah D. Radbil as attorney-in-charge for Plaintiff in this action in place of Dennis R. Kurz.  There is good cause for the unopposed substitution in that effective August 20, 2012, Mr. Kurz is no longer employed by Weisberg & Meyers, LLC.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby appears in this action as attorney-in-charge for Plaintiff, and requests that all papers and notices be served upon him at the following address:

Noah D. Radbil
Weisberg & Meyers, LLC
9330 LBJ Freeway, Suite 900
Dallas, TX 75243

Respectfully submitted,

WEISBERG & MEYERS, LLC

By: s/Noah D. Radbil

     Noah D. Radbil
     Texas Bar No. 24071015
     Southern District Bar No. 1069583
     WEISBERG AND MEYERS, LLC
     9330 LBJ Freeway, Suite 900
     Dallas, TX 75243
     Telephone:   (888) 595-9111 ext. 275
     Facsimile:   (866) 565-1327
     noah.radbil@attorneysforconsumers.com

     *Attorney-in-Charge for Plaintiff*
     DIERY CORONEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

NICOLE PAYNE,                          §
    *Plaintiff*                        §
                                       §          CIVIL ACTION NO. 4:12-cv-00432-Y
vs.                                    §
                                       §
PROGRESSIVE FINANCIAL                  §
SERVICES, INC.,                        §
    *Defendant*                        §

## CERTIFICATE OF SERVICE

I certify that on September 11, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the electronic case filing system of the court. Copy of the foregoing was sent to Defendants Law Office of Vincent P. Cignarale, LLC and Vincent P. Cignarale via U.S. mail on this 11th day of September, 2012 as follows:

    Robbie Malone
    Robbie Malone, PLLC
    8750 North Central Expressway # 1850
    Dallas TX 75231

s/  Noah D. Radbil
Noah D. Radbil

## CERTIFICATE OF CONFERENCE

All counsel of record have been consulted and have confirmed that Defendant does not oppose Plaintiff's Motion to Substitute Counsel. On September 11, 2012, Progressive Financial Services, Inc. provided through counsel of record Robbie Malone, an email containing their statement of no opposition. I so certify.

s/  Noah D. Radbil
Noah D. Radbil
