# Robbie Malone

**From:** Robbie Malone
**Sent:** Tuesday, October 30, 2012 1:46 PM
**To:** Robbie Malone
**Subject:** RE: Payne

Noah,
I need a response. We need the time to finish the answers with our corporate client. Both Dondi and the Texas lawyers Creed encourage lawyers to give extensions. We have not asked for other extensions. Are you opposed or not?

**From:** Robbie Malone
**Sent:** Tuesday, October 30, 2012 1:34 PM
**To:** 'Noah Radbil'
**Subject:** RE: Payne

I told you. We need the time to finish the answers with our client. Do you oppose or not?

**From:** Noah Radbil [mailto:noah.radbil@attorneysforconsumers.com]
**Sent:** Tuesday, October 30, 2012 1:31 PM
**To:** Robbie Malone
**Subject:** RE: Payne

You may not assume anything. Given your recent misrepresentations to the Court, and significant history of discovery misconduct, we request that you provide us either with specific reasons for your request for a discovery extension, or a copy of your emergency motion to review prior to filing.

We will of course cooperate by considering, in good faith, any specific reasons that you believe justify and extension in this matter. However, recall that your initial disclosures are severely deficient in a number of ways, including your failure to produce any documents whatsoever, including the relevant insurance policy despite our repeated requests.

Again, if there are specific reasons, please fill us in so that we may consider your request, in good faith, based upon the specific facts and circumstances underlying it.


Noah D. Radbil
Weisberg & Meyers, LLC
Direct:      (602) 388 8903
Toll Free:  (888) 595-9111 ext. 275
Facsimile:  (866) 577-0963
E-mail:     noah.radbil@attorneysforconsumers.com
Website:    www.AttorneysForConsumers.com



*Licensed in Texas

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:

1



The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Robbie Malone [mailto:rmalone@rmalonelaw.com]
**Sent:** Tuesday, October 30, 2012 11:27 AM
**To:** Noah Radbil
**Subject:** RE: Payne

I will assume that is your response to the emergency motion we will be filing. Please note both DONDI which governs the Northern district and the Texas attorney creed require lawyers attorneys to cooperate on discovery extensions > Can I assume that you are opposed?

**From:** Noah Radbil [mailto:noah.radbil@attorneysforconsumers.com]
**Sent:** Tuesday, October 30, 2012 1:23 PM
**To:** Robbie Malone
**Subject:** RE: Payne

If there is a specific reason that you would like me to consider, I will consider it in good faith. Otherwise, you request for an extension is denied.

Noah D. Radbil
Weisberg & Meyers, LLC
Direct:      (602) 388 8903
Toll Free:  (888) 595-9111 ext. 275
Facsimile:  (866) 577-0963
E-mail:     noah.radbil@attorneysforconsumers.com
Website:    www.AttorneysForConsumers.com



*Licensed in Texas

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Robbie Malone [mailto:rmalone@rmalonelaw.com]
**Sent:** Tuesday, October 30, 2012 11:23 AM
**To:** Noah Radbil
**Subject:** RE: Payne

Noah,
We need the time to finish the answers with our client.

**From:** Noah Radbil [mailto:noah.radbil@attorneysforconsumers.com]
**Sent:** Tuesday, October 30, 2012 1:20 PM
**To:** Robbie Malone
**Subject:** RE: Payne

Why do you believe that an extension is appropriate?

Noah D. Radbil
Weisberg & Meyers, LLC
Direct:      (602) 388 8903
Toll Free:  (888) 595-9111 ext. 275
Facsimile:  (866) 577-0963
E-mail:      noah.radbil@attorneysforconsumers.com
Website:    www.AttorneysForConsumers.com



*Licensed in Texas

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Robbie Malone [mailto:rmalone@rmalonelaw.com]
**Sent:** Tuesday, October 30, 2012 11:21 AM
**To:** Noah Radbil
**Subject:** RE: Payne

Today.

**From:** Noah Radbil [mailto:noah.radbil@attorneysforconsumers.com]
**Sent:** Tuesday, October 30, 2012 1:19 PM
**To:** Robbie Malone
**Subject:** RE: Payne

When are your discovery responses due to be served?

Noah D. Radbil
Weisberg & Meyers, LLC
Direct:      (602) 388 8903
Toll Free:  (888) 595-9111 ext. 275
Facsimile:  (866) 577-0963
E-mail:      noah.radbil@attorneysforconsumers.com
Website:    www.AttorneysForConsumers.com

*Licensed in Texas

General Disclaimer:
The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Robbie Malone [mailto:rmalone@rmalonelaw.com]
**Sent:** Tuesday, October 30, 2012 11:15 AM
**To:** Noah Radbil
**Subject:** Payne

Can we have a 2 week extension for answers and objections?