IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE PAYNE<br>    PLAINTIFF, | §<br>§<br>§ | |
| v. | § | Cause No. 4:12-CV-00432 |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES,<br>INC.,<br>    DEFENDANT. | §<br>§<br>§<br>§ | |

## DEFENDANT PROGRESSIVE FINANCIAL SERVICES, INC.'S MOTION TO COMPEL DISCOVERY

COMES NOW, Progressive Financial Services, Inc. ("Progressive"), Defendant herein, through counsel of record, and files its Motion to Compel Discovery and shows unto the Court as follows:

1. Progressive received Plaintiff's initial discovery responses on November 13, 2012. Progressive's counsel and Plaintiff's counsel attempted to resolve discovery disputes regarding the responses.

2. The unresolved discovery disputes are addressed in Progressive's Brief and Appendix in support of its Motion to Compel, filed according to Local Rule 7.1.

WHEREFORE, PREMISES CONSIDERED, Defendant Progressive Financial Services, Inc., respectfully requests this Motion be granted in its entirety and for such other relief, whether at law or in equity, to which Defendant may show itself justly entitled.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted,

**ROBBIE MALONE, PLLC**


/s/ Xerxes Martin
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@rmalonelaw.com
XERXES MARTIN
State Bar No. 24078928
Email: xmartin@rmalonelaw.com
ROBBIE MALONE, P.L.L.C.
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas   75231
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANT*


## CERTIFICATE OF CONFERENCE

This is to certify that Progressive's counsel Xerxes Martin has conferred with Plaintiff's counsel Noah Radbil in December and January on the matters based herein. Parties attempted to resolve the matters but were unable to reach a resolution. This motion is being submitted to the court for consideration.

/s/ Xerxes Martin
XERXES MARTIN

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded via ECF on this 29th day of January, 2013 to:

Noah D. Radbil
Weisberg & Meyers, LLC
Two Allen Center, 1200 Smith Street
Sixteenth Floor
Houston, TX 77002
Email:  noah.radbil@attorneysforconsumers.com

James R Claunch
Claunch Law Firm
2912 W 6th St
Fort Worth, TX 76107
Email: claunchlawoffice@gmail.com

Kirk Matthew Claunch
The Claunch Law Office
2912 W Sixth Street
Fort Worth, TX 76107
Email: claunchlaw3@earthlink.net

/s/ Xerxes Martin
XERXES MARTIN