IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE PAYNE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-432-Y |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES, INC. | § § | |

### FINAL JUDGMENT

In accordance with the Court's order entered this same day and Federal Rule of Civil Procedure 58, all claims in the above-styled and -numbered cause are DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs.

SIGNED March 26, 2013.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE