IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE PAYNE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:12-CV-432-Y |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES, INC. | § § § | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, NICOLE PAYNE, in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's March 26, 2013 order granting Defendant, PROGRESSIVE FINANCIAL SERVICES, INC.'s, motion to dismiss (Document 40), and from the District Court's March 26, 2013 Final Judgment (Document 41).

                                        Respectfully submitted,

                                  By:  /s/ Noah D. Radbil
                                          Noah D. Radbil
                                          Texas Bar No. 24071015
                                          Weisberg & Meyers, LLC
                                          Two Allen Center, 1200 Smith Street
                                          Sixteenth Floor
                                          Houston, TX 77002
                                          Telephone:  (888) 595-9111
                                          Facsimile:  (866) 565-1327
                                          Email:  noah.radbil@attorneysforconsumers.com

                                          Kirk Matthew Claunch
                                          The Claunch Law Office
                                          2912 W Sixth Street
                                          Fort Worth, TX 76107
                                          Telephone: (817) 335-4003
                                          Facsimile:  (817) 335-7112
                                          Email: claunchlaw3@earthlink.net

                                          *Counsel of Record for Plaintiff*

## **CERTIFICATE OF SERVICE**

      On April 8, 2013, I filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Fort Worth Division, using the Court's EM/ECF system.  Delivery of the notice of electronic filing that is automatically generated by ECF constitutes service under Fed. R. Civ. P. 5(b)(2)(E) on Progressive Financial Services, Inc.'s attorney of record, who is a registered user of ECF.

                                              By:  s/Noah D. Radbil
                                                      Noah D. Radbil