IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICOLE PAYNE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-432-Y |
| | § | |
| PROGRESSIVE FINANCIAL SERVICES, INC. | § § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF MARSHALL MEYERS AS *ATTORNEY-IN-CHARGE* FOR PLAINTIFF**

PLEASE TAKE NOTICE: Plaintiff Nicole Payne hereby enters the appearance of MARSHALL MEYERS and designates Mr. Meyers as the lead attorney-in-charge for Plaintiff in this action in place of Noah D. Radbil. This designation shall be effective as of October 22nd, 2013. Mr. Meyers will attend all court proceedings or send a fully informed attorney with authority to bind Plaintiff. Please direct all future papers and notices in this matter to Mr. Meyers's attention using the following contact information:

Marshall Meyers
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

WEISBERG & MEYERS, LLC

By: s/ Marshall Meyers
Marshall Meyers
5025 North Central Ave., Ste. 602
Phoenix, AZ 85012
Telephone: (888) 595-9111
Facsimile: (866) 565-1327
mmeyers@attorneysforconsumers.com

*Attorney-in-Charge for Plaintiff*
NICOLE PAYNE

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2013, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robbie Malone
Robbie Malone, PLLC
8750 North Central Expressway # 1850
Dallas TX 75231

/s/ Marshall Meyers
Marshall Meyers